**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1889**

_____

SENAIT ESHETE,

Petitioner,

versus

JOHN D. ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-474-987)

_____

Submitted: April 21, 2004          Decided: May 21, 2004

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Rev. Uduak J. Ubom, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Terri J. Scadron, Assistant Director, Efthimia S. Pilitsis, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Senait Eshete, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's (IJ) denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture.

Eshete first challenges the IJ's finding that her asylum application is untimely. See 8 U.S.C. § 1158(a)(2)(B), (D) (2000); 8 C.F.R. § 1208.4(a) (2003). We conclude that we lack jurisdiction to review this claim pursuant to 8 U.S.C. § 1158(a)(3) (2000). Eshete next disputes the IJ's finding that she failed to qualify for withholding of removal. We have reviewed the administrative record and conclude that Eshete failed to properly exhaust this claim when she appealed to the Board from the IJ's denial of relief. See 8 U.S.C. § 1252(d)(1) (2000); Farrokhi v. INS, 900 F.2d 697, 700 (4th Cir. 1990).

We accordingly dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED